Commonwealth *v.* Bright, Appellant.

Before LEWIS, J., without a jury.

Argued November 14, 1974. *Stephen P. Swem,* Trial Defender, with him *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Charles W. Johns,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Bryner, Appellant.

Before SWEET, P. J.

Argued November 16, 1974. *Sanford S. Finder,* for appellant; *Odel Parkinson,* for Commonwealth, appellee.

Order affirmed.